No. 72–6798. GERNAND *v.* UNITED STATES, *ante,* p. 844. Petition for rehearing denied.

No. 72–1440. OLENZ *v.* MAROVITZ, U. S. DISTRICT JUDGE, ET AL., *ante,* p. 877. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

NOVEMBER 12, 1973

No. 73–359. PENNSYLVANIA ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. M. D. Pa.

No. 73–378. FULD ET AL. *v.* ELLIOTT, CHAIRMAN, CITY PLANNING COMMISSION, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.